IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

BETTY HANNEL,                          )
                                       )
                Plaintiff,             )     TC-MD 160264N
                                       )
        v.                             )
                                       )
DEPARTMENT OF REVENUE,                 )
State of Oregon,                       )
                                       )
                Defendant.             )     **FINAL DECISION**[1]

        This matter came before the court on Defendant's Answer, filed August 2, 2016.

Plaintiff filed her Complaint on July 13, 2016, requesting that her 2015 Oregon personal income

tax owed "should only be $295." Plaintiff attached a copy of her 2015 Oregon return to her

Complaint that reported a net tax of $265. In its Answer, Defendant agreed to accept Plaintiff's

return as filed and to cancel its Notice of Deficiency, issued March 29, 2016, and its Notice of

Assessment, issued June 3, 2016. Because the parties are in agreement, the case is ready for

decision. Now, therefore,

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

[1] This Final Decision incorporates without change the court's Decision, entered August 5, 2016. The court did not receive a statement of costs and disbursements within 14 days after its Decision was entered. *See* Tax Court Rule–Magistrate Division (TCR–MD) 16 C(1).

IT IS THE DECISION OF THIS COURT that Plaintiff's 2015 net Oregon personal income tax is $265.

Dated this ____ day of August, 2016.

_____
ALLISON R. BOOMER
MAGISTRATE

*If you want to appeal this Final Decision, file a complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your complaint must be submitted within <u>60</u> days after the date of the Final Decision or this Final Decision cannot be changed.  TCR-MD 19 B.*

*This document was filed and entered on August 23, 2016.*